IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NORMAN DAVID JEWETT                                             PETITIONER
ADC #156758

v.                          No. 5:15-cv-308-DPM

WENDY KELLEY, Director, ADC                                     RESPONDENT

## ORDER

On *de novo* review, the Court adopts the recommendation, № 18, and overrules Jewett's objections, № 21. FED. R. CIV. P. 72(b)(3). Jewett's claims are time-barred; and his case doesn't present extraordinary circumstances to warrant equitable tolling. *Holland v. Florida*, 560 U.S. 631 (2010). And even if his petition were timely, his claims lack merit. His petition, № 2, will therefore be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 August 2016