IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

NORMAN DAVID JEWETT                                          PETITIONER
ADC #156758

v.                               No. 5:15-cv-308-DPM

WENDY KELLEY, Director, ADC                                  RESPONDENT

## JUDGMENT

Jewett's petition is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 August 2016